UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD MOORE,**<br><br>　　　　**Plaintiffs**<br><br>　　v.<br><br>**ROWELL FAMIL LLC, et al.,**<br><br>　　　　**Defendants** | **CASE NO. 1:15-CV-324 AWI BAM**<br><br>**ORDER DISMSSING MARIA ROMANI DUE TO NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>(Doc. No. 10) |

　　On April 7, 2015, Plaintiff filed a notice of voluntary dismissal without prejudice of Defendant Maria Romani.  See Doc. No. 10.

　　Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

　　No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case and it appears that no such answers or summary judgment motions have been served. Because Plaintiff has exercised his right to voluntarily dismiss Defendant Maria Romani, Maria Romani is no longer a party to this action.  See Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, IT IS HEREBY ORDERED that the Clerk shall DISMISS Defendant Maria Romani from this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal of her without prejudice.

IT IS SO ORDERED.

Dated:   April 9, 2015                               _____
                                                                   SENIOR DISTRICT JUDGE