1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,

            Plaintiff,

    vs.

ROWELL FAMILY LLC, et al.,

         Defendants.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)

No.  1:15-cv-00324-AWI-BAM

**NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT ROWELL FAMILY
LLC ONLY; ORDER**

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that **only Defendant Rowell Family LLC** be

dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i).


Date: May 6, 2015

    MOORE LAW FIRM, P.C.


    */s/ Tanya E. Moore*
    Tanya E. Moore
    Attorney for Plaintiff
    Ronald Moore

1

**<u>ORDER</u>**

2

    Good cause appearing,

3

    IT IS HEREBY ORDERED that **<u>only</u> Defendant Rowell Family LLC** be dismissed

4

from this action with prejudice.

5

6

IT IS SO ORDERED.

7

Dated:  May 6, 2015

                                            

8

                    SENIOR  DISTRICT  JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28